ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| G.W. Peoples Contracting Co., Inc. | ) | ASBCA No. 62063-ADR |
| | ) | |
| Under Contract No. FQ14103 | ) | |

APPEARANCES FOR THE APPELLANT:  Andrew N. Cook, Esq.
Christopher C. Vandervoort, Esq.
Amy Conant Hoang, Esq.
 K & L Gates LLP
 Washington, DC

APPEARANCES FOR THE AUTHORITY:  Jon B. Crocker, Esq.
 Chief Counsel, Contracts
Washington Metropolitan Area
 Transit Authority
 Washington, DC

Attison L. Barnes, III, Esq.
Christopher M. Mills, Esq.
 Wiley Rein LLP
 Washington, DC

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: May 11, 2021

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62063-ADR, Appeal of G.W. Peoples Contracting Co., Inc., rendered in conformance with the Board's Charter.

Dated:  May 12, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals